\*\*E-filed 1/19/2011\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA DIAZ,<br><br>               Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS & LOAN; NDEX WEST, L.L.C.<br><br>               Defendants. | Case Number CV-10-4909-JF<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE<br><br>[Re: Docket No. 10 ] |

    Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, (sued as "World Savings & Loan")("Wachovia") moves to dismiss all eight claims for relief in Plaintiff's complaint. Plaintiff alleges violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq*., and related state law claims. The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of January 21, 2011. *See* Civ. L.R. 7-1(b).

    Under this Court's Civil Local Rules, Plaintiff's opposition was due at least twenty-one days before the noticed hearing date of January 21, 2011–here, not later than December 31, 2010.

---

    [1]    This disposition is not designated for publication in the official reports.

1  *See* Civ. L.R. 7-3(a). As of the date of this order, Plaintiff has not filed opposition papers.

2  Because the instant motion appears well-taken and is unopposed, the motion to dismiss

3  will be granted with leave to amend. Any amended pleading shall be filed within twenty (20)

4  days after the date of this order.

5  **ORDER**

6  For good cause shown,

7  (1)  the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

8  (2)  any amended pleading shall be filed within twenty (20) days after the date of this

9  order;

10  (3)  the hearing date of January 21, 2011 is VACATED.

11

12  DATED:  January 19, 2011      _____
                                  JEREMY FOGEL
13                                United States District Judge