**E-filed 1/19/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA DIAZ,<br><br>      Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS & LOAN; NDEX WEST, L.L.C.<br><br>      Defendants. | Case Number CV-10-4909-JF<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE<br><br>[Re: Docket No. 10 ] |

  Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, (sued as "World Savings & Loan")("Wachovia") moves to dismiss all eight claims for relief in Plaintiff's complaint. Plaintiff alleges violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq*., and related state law claims. The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of January 21, 2011. *See* Civ. L.R. 7-1(b).

  Under this Court's Civil Local Rules, Plaintiff's opposition was due at least twenty-one days before the noticed hearing date of January 21, 2011–here, not later than December 31, 2010.

---

  [1] This disposition is not designated for publication in the official reports.

1 | *See* Civ. L.R. 7-3(a). As of the date of this order, Plaintiff has not filed opposition papers.

2 |     Because the instant motion appears well-taken and is unopposed, the motion to dismiss

3 | will be granted with leave to amend. Any amended pleading shall be filed within twenty (20)

4 | days after the date of this order.

## ORDER

6 | For good cause shown,

7 | (1) the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

8 | (2) any amended pleading shall be filed within twenty (20) days after the date of this

9 |     order;

10 | (3) the hearing date of January 21, 2011 is VACATED.

12 | DATED: January 19, 2011

                                          JEREMY FOGEL
                                          United States District Judge