**E-Filed 3/7/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD SAVINGS & LOAN ASSOCIATION, et al.,<br><br>　　　　　Defendants. | Case Number 5:10-cv-04909-JF<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT WORLD SAVINGS & LOAN ASSOCIATION; AND DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT NDEX WEST, LLC |

On October 29, 2010, Plaintiff, proceeding *pro se*, filed this action against Defendants World Savings & Loan Association ("World") and NDEX West, LLC ("NDEX"), asserting violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, and related claims. Plaintiff simultaneously filed an application for temporary restraining order and a motion for preliminary injunction, which were denied by the Court on November 3, 2010 and November 30, 2010 respectively. On January 19, 2011, the Court granted World's motion to dismiss the complaint for failure to state a claim and granted Plaintiff twenty days within which to file an amended pleading. As of the date of this order, Plaintiff has not filed an amended pleading or requested an extension of time to do so. Accordingly, the action will be dismissed on the merits and with prejudice as to World.

1  NDEX has not appeared in this case.  Plaintiff has not filed any documents indicating that
2  she has effected service of process upon NDEX, although her time to do so has expired.  *See* Fed.
3  R. Civ. P. 4(m) (defendant must be served within 120 days after complaint is filed).
4  Accordingly, the action will be dismissed without prejudice as to NDEX.  *See id*.

5  **ORDER**

6  (1)  The action is dismissed with prejudice as to Defendant World;

7  (2)  The action is dismissed without prejudice as to Defendant NDEX; and

8  (3)  The Clerk of the Court shall close the file.

13  DATED:  March 7, 2011

  _____
  JEREMY FOGEL
  United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA DIAZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>WORLD SAVINGS & LOAN ASSOCIATION, et al.,<br><br>                    Defendants. | Case Number 5:10-cv-04909-JF<br><br>CERTIFICATE OF SERVICE |

       I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

       On March 7, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Esmeralda Diaz
2460 Shilshone Circle
San Jose, CA 95121


DATED:  3/7/2011

For the Court
Richard W.  Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk

3

Case No. 5:10-cv-04909-JF
ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT WORLD SAVINGS ETC.
(JFLC2)