**E-Filed 3/7/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA DIAZ,<br><br>               Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS & LOAN ASSOCIATION, et al.,<br><br>               Defendants. | Case Number 5:10-cv-04909-JF<br><br>JUDGMENT |

Plaintiff's action having been dismissed,

Judgment is hereby entered for Defendants and against Plaintiff.

DATED: March 7, 2011

                                                _____
                                                JEREMY FOGEL
                                                United States District Judge

1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA DIAZ,<br><br>                      Plaintiff,<br><br>                      v.<br><br>WORLD SAVINGS & LOAN ASSOCIATION, et al.,<br><br>                      Defendants. | Case Number 5:10-cv-04909-JF<br><br>CERTIFICATE OF SERVICE |

      I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

      On March 7, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Esmeralda Diaz
2460 Shilshone Circle
San Jose, CA 95121

DATED: 3/7/2011

For the Court
Richard W. Weiking, Clerk

By:       /s/
Diana Munz
Courtroom Deputy Clerk

2

Case No. 5:10-cv-04909-JF
JUDGMENT
(JFLC2)